IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-27-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER ALLEN ROCHON, | |
| Defendant. | |

Defendant Christopher Allen Rochon has filed an unopposed motion to vacate the detention hearing currently set for July 13, 2026 at 1:30 p.m. in Missoula, Montana. (Doc. 96). Accordingly,

The motion is GRANTED. The detention hearing currently set for July 13, 2026, at 1:30 p.m., is hereby VACATED.

DATED this 13th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1